IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WILLIAM HERBERT VILLAR, AIS # 245066 | ) ) ) |
| Petitioner, | ) ) |
| v. | ) CIVIL ACTION NO. 08-0082-CG-B ) |
| GRANT CULLIVER, | ) ) ) |
| Respondent. | ) |

## ORDER

After due and proper consideration of all pleadings in this file, and a de novo determination of those portions of the recommendation to which objection is made, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636 is adopted as the opinion of this Court.

It is hereby **ORDERED** that the Petitioner's request for habeas corpus relief is hereby **DENIED**. The court further finds that the Petitioner is not entitled to issuance of a Certificate of Appealability.

**DONE and ORDERED** this 2nd day of December, 2010.

/s/   Callie V. S. Granade
UNITED STATES DISTRICT JUDGE