**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **WILLIAM HERBERT VILLAR,** ) | |
| **AIS # 245066** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | **CIVIL NO. 08-0082-CG-B** |
| ) | |
| **GRANT CULLIVER,** ) | |
| ) | |
| Respondent. ) | |

## JUDGMENT

In accordance with this court's order adopting the report and recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED**, and **DECREED** that the Petitioner's request for habeas corpus relief is hereby **DISMISSED WITH PREJUDICE**, and that the Petitioner is not entitled to issuance of a Certificate of Appealability.

**DONE and ORDERED** this 2nd day of December, 2010.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE